UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BENJAMIN LOUIS COCKRUM**                                      **CIVIL ACTION**

**VERSUS**                                                                  **NO. 13-4860**

**SIMON ELLIS, ET AL.**                                            **SECTION "F"(5)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that defendants' motion to dismiss is **GRANTED** and that plaintiff's claims are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 28th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE